# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**MOTORISTS COMMERCIAL MUTUAL**            **PLAINTIFF**
**INSURANCE COMPANY**

**VS**            **CIVIL ACTION NO. 3:23CV-416-RGJ**

**TOM DREXLER PLUMBING, INC. ET AL.**            **DEFENDANTS**

\* \* \* \* \*

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
*[ELECTRONICALLY FILED]*

By agreement of the parties and pursuant to this Courts Order of August 30, 2024 [#Doc 27) it is hereby ORDERED and adjudged as follows: All claims of the Plaintiff, MOTORISTS MUTUAL INSURANCE COMPANY against Defendants are hereby dismissed with prejudice and each party shall bear its own costs.

SO ORDERED this _____ day of _____, 2024.

_____
Hon. Rebecca Grady Jennings, District Judge

**HAVE SEEN AND AGREED:**

*/s/ Jennifer Nordstrom*
_____
Jennifer K. Nordstrom
Jason E. Abeln
*Attorneys for Plaintiff, Motorists Commercial Mut. Ins. Co.*

*/s/ Benjamin F. Hachten (w/authority)*
Benjamin F. Hachten
*Attorney for Defendant, Diane Snedden, as Administratrix of the Estate of Stacey Barta, and on behalf of G. B., a minor*

*/s/ Chadwick N. Gardner (w/authority)*
Chadwick N. Gardner
*Attorney for Defendant, Hillaree L. Needy, Administratrix of the Estate of John Paul Needy, and Thomas Carter as Next Friend of A. C. N, a minor, and C. J. N., a minor*

*/s/ Sarah Reddick (w/authority)*
Sarah Reddick
Kenyon Meyer
*Attorney for Defendants, Tom Drexler Plumbing, Inc. and Tom Drexler Plumbing, LLC*